UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CHRISTOPHER WHITING,

                Plaintiff,

    -against-

TOWN OF CLARKSTOWN et. al.,

                Defendant.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 5 2009

ORDER
05 cv 8404 (GBD)

GEORGE B. DANIELS, District Judge:

    A conference is scheduled for Tuesday, December 1, 2009 at 9:45am

Dated: New York, New York
        September 25, 2009

                              SO ORDERED:

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge